

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

March 26, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2020
```

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:** *Delacruz v. Cellco Partnership d/b/a Verizon*,
**Civil Action No.: 1:19-cv-11022-MKV (S.D.N.Y.)**

Dear Judge Vyskocil:

  This Firm represents Defendant Cellco Partnership d/b/a Verizon ("Verizon" or "Defendant") in the above-referenced matter. We have conferred with Plaintiff's counsel and write, with Plaintiff's concurrence, to jointly request that the Court enter the below amended briefing schedule in connection with Defendant's forthcoming motion to dismiss the First Amended Complaint ("FAC").

  On March 11, 2020, Defendant filed its pre-motion letter in connection with a motion to dismiss the Complaint. (ECF No. 16.) In response, Plaintiff filed the FAC on March 24, 2020. (ECF No. 18.) That same day, the Court issued a Scheduling Order directing that Defendant respond to the FAC by April 6, 2020, and complete briefing of any motion to dismiss based on the timeframes set forth in Local Rule 6.1(b). (ECF No. 19.)

  The parties respectfully request the entry of the following amended briefing schedule:

- Defendant to file its Motion to Dismiss the FAC by: April 24, 2020 (extended from April 6, 2020);

- Plaintiff to file his Opposition to Motion to Dismiss the FAC by: May 25, 2020 (extended from April 20, 2020).

- Defendant to file its Reply in Support of a Motion to Dismiss the FAC by: June 12, 2020 (extended from April 27, 2020).

  This is the first application for an extension of these deadlines that, if granted, will not impact any other dates. The reason for the request is to provide sufficient time for Defendant to



assess the FAC in connection with its forthcoming motion, and for the parties to complete the briefing. The undersigned has communicated with Plaintiff's counsel in connection with this application, and Plaintiff joins in this application.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)

**Granted. SO ORDERED.**

Date: 3/26/2020
New York, New York

Mary Kay Vyskocil
United States District Judge